| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| Eve A. Marsella, Esq.<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br><br>(310) 542-0111<br>Fax No.: (310) 214-7254<br>Bar No.: 165797<br>*Attorney for* Plaintiff, Jamie Haag |  |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:  Jamie Elizabeth Davis | |
|---|---|
| Debtor. | |
| Jamie Haag<br><br>vs.<br>Jamie Elizabeth Davis<br><br>Plaintiff(s),<br><br>Defendant(s). | CHAPTER 7<br>CASE NUMBER  2:10-bk-18623-ER<br>ADVERSARY NUMBER<br>2:10-ap-02083-ER<br><br>(No Hearing Required) |

## REQUEST FOR ENTRY OF DEFAULT UNDER
## LOCAL BANKRUPTCY RULE 9021-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought (Name): Jamie Elizabeth Davis

2. Plaintiff filed the Complaint in the above-captioned proceeding on (specify date):  June 16, 2010

3. The Summons and Complaint were served on Defendant by     ☐ Personal Service     ☒ Mail Service
   on the following date (specify date):  ~~June 25, 2010~~  6-28-10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on (specify date):  July 26, 2010

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated:  AUG 2 3 2010

| Default entered on (specify date):  AUG 2 3 2010<br>JON D. CERETTO<br>Clerk of the Bankruptcy Court<br>By: *[signature]*<br>Deputy Clerk | Respectfully submitted,<br>Clarkson, Gore & Marsella, APLC<br>Firm Name *[signature]*<br>By: *[signature]*<br>Name:  Eve A. Marsella, Esq.<br>*Attorney for Plaintiff or Plaintiff*<br>Jamie Haag |

Main Document    Page 2 of 9

| | |
|---|---|
| 1  SCOTT C. CLARKSON, ESQ. SBN 143271<br>   EVE A. MARSELLA, ESQ. SBN 165797<br>2  CHRISTINE M. FITZGERALD, ESQ. SBN 165797<br>   CLARKSON, GORE & MARSELLA<br>3  A PROFESSIONAL LAW CORPORATION<br>   3424 Carson Street, Suite 350<br>4  Torrance, California 90503<br>   (310) 542-0111 Telephone<br>5  (310) 214-7254 Facsimile | E-FILED<br>6·28·10 |

Attorneys for Plaintiff, Jamie Haag

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE ELIZABETH DAVIS<br><br>Debtor | Case No. 2:10-bk-18623-ER<br><br>Chapter 7<br><br>Adv. No. 2:10-ap-02083-ER |
| JAMIE HAAG<br>                           Plaintiff<br>VS.<br><br>JAMIE ELIZABETH DAVIS<br>                           Defendant | **PROOF OF SERVICE RE:**<br><br>**(1) COMPLAINT FOR DETERMINATION OF NONDISCHARGEABILITY OF DEBT**<br><br>**(2) NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1**<br><br>**(3) ADVERSARY PROCEEDING COVERSHEET**<br><br>**(4) EXECUTED SUMMONS AND NOTICE OF STATUS CONFERENCE AND ATTACHMENT TO SUMMONS AND NOTICE OF STATUS CONFERECNE HEARING**<br><br>**(5) SCHEDULING ORDER RE: STATUS CONFERENCE**<br><br>**(6) ORDER RE: COURTROOM PROCEDURES**<br><br>STATUS CONFERENCE HEARING<br>   DATE: 9/2/2010<br>   TIME: 10:00 AM<br>   LOCATION: 255 E. TEMPLE ST.<br>   CTRM 1568<br>   LOS ANGELS CA 90012 |

Proof of Service

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Eve A Marsella<br>3424 Carson St Ste 350<br>Torrance, CA 90503<br>310-542-0111<br>Email: emarsella@lawcgm.com<br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Jamie Elizabeth Davis<br><br>Debtor. | CHAPTER 7<br>CASE NUMBER LA10-18623-ER<br>ADVERSARY NUMBER 2:10-ap-02083-ER |
|---|---|
| Jaime Haag<br>Plaintiff(s),<br><br>vs.<br><br>Jamie Elizabeth Davis<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by 07/26/2010 _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 09/02/2010 | **Time:** 10:00 AM | **Courtroom:** 1568 | **Floor:** 15 |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 06/25/10

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: *Lydia Gonzalez*
    Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                      **F 7004-1**

| In re: | | |
|---|---|---|
| Jamie Elizabeth Davis | Debtor | Case No. 2:10-bk-18623-ER<br>Chapter 7<br>Avd. No. 2:10-ap-02083-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **PROOF OF SERVICE RE: 1) COMPLAINT FOR DETERMINATION OF NONDISCHARGEABILITY OF DEBT; 2) NOTICE REGARDING COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY PROCEDURE RULE 7026-1; 3) ADVERSARY PROCEEDING COVERSHEET; 4) EXECUTED SUMMONS AND NOTICE OF STATUS CONFERENCE AND ATTACHMENT TO SUMMONS AND NOTICE OF STATUS CONFERENCE HEARING; 5) SCHEDULING ORDER RE: STATUS CONFERENCE; 6) ORDER RE: COURTROOM PROCEDURES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 28 , 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   **See Attached Service List**                                            Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **June 28, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒                                                                                                       Service information continued on attached page.

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                                                       Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 28, 2010 | Brenda L. Campos | _/s/ Brenda L. Campos_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

| In re:<br><br>Jamie Elizabeth Davis | Debtor | Case No. 2:10-bk-18623-ER<br>Chapter 7<br>Avd. No. 2:10-ap-02083-ER |
|---|---|---|

**Served Via NEF**

United States Trustee (LA)
Ustpregion16.la.ecf@usdoj.gov

**Counsel for Plaintiff**
Eve A Marsella
emarsella@lawcgm.com

**Plaintiff**
Jamie Haag
c/o Robert L. Luty, Esq.
29900 Hawthorne Blvd.
Rolling Hills Estates, CA 90274

**Served via US Mail**

**JUDGE**
Ernest M. Robles
255 E. Temple St. Suite 1560
Los Angeles, CA 90012

**Debtor**
Jamie E. Davis
4733 Torrance Blvd. #944
Torrance, CA 90503

## Miscellaneous:

2:10-ap-02083-ER Haag v. Davis

Type: ap            Office: 2 (Los Angeles)          Judge: ER
Lead Case: 2-10-bk-18623

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Eve A Marsella entered on 6/28/2010 at 11:33 AM PDT and filed on 6/28/2010
**Case Name:**       Haag v. Davis
**Case Number:**    2:10-ap-02083-ER
**Document Number:** 8

**Docket Text:**
Proof of service *RE: 1) Complaint for Determination of Nondischargeability of Debt; 2) Notice regarding Compliance with Federal Rule of Bankruptcy Procedure 7026 and Local Bankruptcy Rule 7026-1; 3) Adversary Proceeding Coversheet; 4) Executed Summons and Notice of Status Conference and Attachment to Summons and Notice of Status Conference Hearing; 5) Scheduling Order Re: Status Conference; 6) Order Re: Courtroom Procedures* Filed by Plaintiff Jaime Haag (RE: related document(s)[1] Complaint). (Marsella, Eve)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** HAAG~POS RE COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=6/28/2010] [FileNumber=35783223-0] [7ada5817675fbf83eb44dad9f73f84766b9f4bebe5ae095409266ff402b940a3ef b4a07687421088512267ba84c8b17b7c6aa52b29a214e337d80faf1475f24a]]

**2:10-ap-02083-ER Notice will be electronically mailed to:**

Eve A Marsella on behalf of Plaintiff Jaime Haag
emarsella@lawcgm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:10-ap-02083-ER Notice will not be electronically mailed to:**

Jaime Elizabeth Davis
4733 Torrance Blvd

#944
Torrance, CA 90503

| In re:<br><br>Jamie Elizabeth Davis<br><br>Debtor | Case No. 2:10-bk-18623-ER<br>Chapter 7<br>Avd. No. 2:10-ap-02083-ER |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **REQUEST FOR ENTRY OF DEFAULT UNDER LOCAL BANKRUPTCY RULE 9021-1** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 28, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ **See Attached Service List**                             Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 28, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See Attached Service List**

☒                                                            Service information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                            Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 28, 2010 | Brenda L. Campos | _/s/ Brenda Campos_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          **F 9013-3.1**

| In re: | | |
|---|---|---|
| Jamie Elizabeth Davis | Debtor | Case No. 2:10-bk-18623-ER<br>Chapter 7<br>Avd. No. 2:10-ap-02083-ER |

## SECTION I

**Served Via NEF**

United States Trustee (LA)
Ustpregion16.la.ecf@usdoj.gov

**Counsel for Plaintiff**
Eve A Marsella
emarsella@lawcgm.com

## SECTION II

**Served via US Mail**

**Plaintiff**
Jamie Haag
c/o Robert L. Luty, Esq.
29900 Hawthorne Blvd.
Rolling Hills Estates, CA 90274

**Debtor**
Jamie E. Davis
4733 Torrance Blvd. #944
Torrance, CA 90503

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1